IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY THOMAS,

    *Petitioner,*

v.

LAWRENCE MAHALLY, *et al.*,

    *Respondents.*

CIVIL ACTION
NO. 17-5477

## ORDER

**AND NOW**, this 1st day of March, 2019, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Carol Sandra Moore Wells, (ECF No. 10), and it appearing that the petitioner has not objected to the report,[1] it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED** and
2. The petition is **DISMISSED** without an evidentiary hearing.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

---

[1] When no objection is made to a Report and Recommendation, the Court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes; *see also Oldrati v. Apfel*, 33 F. Supp. 2d 397, 399 (E.D. Pa. 1998). No clear error appears on the face of the record and the Court accordingly accepts Judge Wells' Recommendation.